```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 15333
   BETTYE J WILLIAMS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8318

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/23/2007 and was confirmed 10/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
BMW FINANCIAL SERVICES N  SECURED VEHIC        .00              .00            .00
CHASE MANHATTAN MORTGAGE  CURRENT MORTG        .00              .00            .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE        .00              .00            .00
COOK COUNTY TREASURER     SECURED           218.18              .00         218.18
WELLS FARGO FINANCIAL IL  CURRENT MORTG        .00              .00            .00
WELLS FARGO FINANCIAL IL  MORTGAGE ARRE    8196.04              .00        8196.04
INTERNAL REVENUE SERVICE  PRIORITY         1629.19              .00            .00
FREEDMAN ANSEIMO LINDBER  SPECIAL CLASS  NOT FILED              .00            .00
BMW FINANCIAL SERVICES N  NOTICE ONLY    NOT FILED              .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         482.51              .00            .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY          .00                             .00
TOM VAUGHN                TRUSTEE                                           660.78
DEBTOR REFUND             REFUND                                               .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             9,075.00

PRIORITY                                            .00
SECURED                                        8,414.22
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                              660.78
DEBTOR REFUND                                       .00
                    ---------------         ---------------
TOTALS              9,075.00                    9,075.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 15333 BETTYE J WILLIAMS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE